**Order entered February 3, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00765-CR

**TIMOTHY GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75395-W**

## ORDER

Before the Court is appellant's February 1, 2017 third motion to extend time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief received February 1, 2017 filed as of the date of this order.

/s/      ADA BROWN
            JUSTICE